# ALABAMA COURT OF CRIMINAL APPEALS



July 12, 2024

**CR-2023-0661**
James Alaster Hayes v. State of Alabama (Appeal from Escambia Circuit Court:
CC-19-317)

# NOTICE

You are hereby notified that on July 12, 2024, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk